IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BLANCA PINA | § | |
| | § | NO. 7:18-cv-00350 |
| v. | § | JURY DEMANDED |
| | § | |
| TEXAS ROADHOUSE HOLDINGS, LLC, | § | |
| et al. | § | |

### DEFENDANTS' ORIGINAL ANSWER

TO THE UNITED STATES DISTRICT COURT:

Come now Defendants Texas Roadhouse Holdings LLC, Roadhouse Enterprises, Inc. and Texas Roadhouse, Inc. and file this Original Answer to Plaintiff's Original Petition and show as follows:

## I.
## ANSWER

1   Defendants are not required to admit the allegations in Paragraph I of Plaintiff's Original Petition as this matter has been removed to this Court.

2.   Defendants admit that Plaintiff is a resident of Hidalgo County, Texas.

2.1   Defendant Texas Roadhouse Holdings LLC admits it is a foreign corporation authorized to do business under Texas law. Defendants Roadhouse Enterprises, Inc. and Texas Roadhouse, Inc. deny they are proper parties to this lawsuit and deny they are liable in the capacity in which they have been sued.

3.1.   Defendants admit this Court has jurisdiction based upon the allegations that the event occurred in Hidalgo County, Texas, that Plaintiff seeks damages between $200,000 and $1,00,000.00 and that Defendants have met the requirements of removal based upon

diversity of citizenship. Defendant Texas Roadhouse Holdings LLC admits that, at the time of the occurrence, it owned, operated, managed and controlled a restaurant location at 1224 E. Jackson in McAllen, Texas. Defendants Roadhouse Enterprises, Inc. and Texas Roadhouse, Inc. deny, that at the time of the occurrence, they owned, operated, managed or controlled the subject restaurant. Defendants deny the remaining allegations in this Paragraph.

4.  Defendant Texas Roadhouse Holdings LLC admits that Plaintiff was an invitee at the Texas Roadhouse restaurant at 1224 E. Jackson Avenue in McAllen, Texas on October 8, 2016 and claims to have fallen. Defendant Texas Roadhouse Holdings LLC admits that Plaintiff stated at the time that she forgot to step down from the booth when going to the restroom. Defendant Texas Roadhouse Holdings LLC admits that, on October 8. 2016, the subject restaurant was open to the public. Otherwise, Defendants deny the remaining allegations and statements in Paragraph IV of Plaintiff's Original Petition.

5.  Defendants deny the allegations and claims for relief in Paragraphs V and VI of Plaintiff's Original Petition.

## II.
## AFFIRMATIVE DEFENSES

1.  Pleading affirmatively and alternately as appropriate, Defendants assert that they are not responsible for any of Plaintiff's claimed damages and injuries that are the result of pre-existing and unrelated medical conditions.

2. Pleading affirmatively and alternatively as appropriate, Defendants assert that they have no legal duty to warn of any open and obvious conditions and/or dangers.

3. Pleading affirmatively and alternately as appropriate, Defendants assert that they are not responsible for any subsequent medical conditions or injuries not related to the accident in question.

4. Pleading affirmatively, Defendants assert any and all offsets permitted by Texas Civil Practices & Remedies Code Ann. §41.0105.

5. Pleading affirmatively and alternately as appropriate, Defendants assert that Plaintiff has failed to mitigate her damages.

6. Pleading affirmatively and alternately as appropriate, Defendants assert the comparative negligence of Plaintiff and, alternatively, that Plaintiff's negligence was an intervening and/or superseding cause.

7. Pleading affirmatively and alternately as appropriate, Defendants Roadhouse Enterprises, Inc. and Texas Roadhouse, Inc. assert they are not proper parties to this lawsuit, there is a defect in parties and they are not liable in the capacity in which they have been sued.

WHEREFORE, Defendants assert that they are not liable for the claims and damages alleged by Plaintiff, requests that all of Plaintiff's claims and causes of action be dismissed with prejudice, that Defendants have and receive a judgment in their favor, that they recover their fees and costs and for such other and further relief to which they are justly entitled.

Respectfully submitted,

HEXT TRIAL LAWYERS

_____
Christy A. Hext
State Bar No. 09562550
2014 Bissonnet
Houston, Texas 77005
Telephone: (713) 229-9696
Facsimile: (713) 229-9700
chext@hexmunn.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent in compliance with the Federal Rules of Civil Procedure to Plaintiff's counsel of record on this 13th day of November, 2018.

_____
Christy A. Hext

4