United States District Court
Southern District of Texas
FILED
JUN 28 2021
Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BLANCA PINA, <br><br> Plaintiff, <br> VS. <br><br> TEXAS ROADHOUSE HOLDINGS LLC <br><br> Defendant. | § § § § § § § § § § CIVIL ACTION NO. 7:18-CV-350 |

## JUDGMENT

With the consent of the parties, the District Court referred this action to the undersigned pursuant to 28 U.S.C. § 636(c). Having granted the summary judgment motion filed on behalf of Defendant Texas Roadhouse Holdings LLC, the Court now enters judgment in favor of the Defendant on all claims asserted by Plaintiff. FED. R. CIV. P. 58(a).

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered for Defendant and that Plaintiff take nothing from Defendant. The parties shall bear their own costs.

The Clerk shall provide a copy of this Judgment to Plaintiff and counsel for Defendant.

DONE at McAllen, Texas on June 28, 2021.

_____
Nadia S. Medrano
UNITED STATES MAGISTRATE JUDGE

1 / 1